MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7200
   Facsimile:      (415) 436-7234
   randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR 12-00693 RS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [P~~ROPOSE~~D] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM OCTOBER 30, 2012 TO NOVEMBER 20, 2012 |
| v. | ) | |
| GEBRAEL ADMASU, | ) | |
| Defendant. | ) | |

      On October 30, 2012, the parties in this case appeared before the Honorable Richard Seeborg for a status conference.  At that time, the parties indicated that the defendant had recently request additional discovery and that government counsel would be providing documents responsive to that discovery request in the coming weeks.  Defense counsel that she would need some additional time to review and evaluate the new discovery and to conduct investigation.   The parties jointly request an extension of time until November 20, 2012 and stipulated that time should be excluded from October 30, 2012 to November 20, 2012 for effective preparation of defense counsel and continuity of counsel.  The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of

STIP. & [~~PROP~~.] ORDER EXCL. TIME
CR 12-00693 RS                        1

1  defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. §
2  3161(h)(7)(A) and (B)(iv).
3       The parties also agreed that the ends of justice served by granting such a continuance
4  outweighed the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. §
5  3161(h)(7)(A).

7  IT IS SO STIPULATED:
                                      MELINDA HAAG
8                                     United States Attorney

9  DATED: November 16, 2012           _____/s/_____
                                      RANDY LUSKEY
10                                    Assistant United States Attorney

12 DATED: November 16, 2012           _____/s/_____
                                      JODI LINKER
13                                    Attorney for Gebrael Admasu

17   IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from October
18 30, 2012 to November 20, 2012, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

20 IT IS SO ORDERED.

22 DATED: _11/16/12_____            _____
23                                   THE HON. RICHARD SEEBORG
                                     United States District Court Judge

STIP. & [PROP.] ORDER EXCL. TIME
CR 12-00693 RS                         2