Case 3:12-cr-00693-RS   Document 14   Filed 01/14/13   Page 1 of 2

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:   (415) 436-7200
   Facsimile:   (415) 436-7234
   randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR 12-00693 RS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM NOVEMBER 20, 2012 TO JANUARY 15, 2013 |
| v. | ) | |
| GEBRAEL ADMASU, | ) | |
| Defendant. | ) | |

On November 20, 2012, the parties in this case appeared before the Honorable Richard Seeborg for a status conference.  At that time, the parties indicated that the defendant had recently requested a workable copy of a CD produced by the government in discovery and that government counsel would be providing that CD in the coming week.  Defense counsel stated that she would need some additional time to review and evaluate the new discovery and to conduct additional investigation.   The parties jointly requested an extension of time until January 15, 2013 and stipulated that time should be excluded from November 20, 2012 to January 15, 2013 for effective preparation of defense counsel and continuity of counsel.  The parties represented that granting the continuance was for the reasonable time necessary for effective

STIP. & [PROP.] ORDER EXCL. TIME
CR 12-00693 RS                                                       1

preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

        MELINDA HAAG
        United States Attorney

DATED: January 10, 2012                /s/
        RANDY LUSKEY
        Assistant United States Attorney

DATED: January 10, 2012                /s/
        JODI LINKER
        Attorney for Gebrael Admasu

IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from November 20, 2012 to January 15, 2013, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 1/14/13                               
        THE HON. RICHARD SEEBORG
        United States District Court Judge