1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  RANDY LUSKEY (CABN 240915)
   Assistant United States Attorney

5

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California  94102
     Telephone:    (415) 436-7200

7    Facsimile:     (415) 436-7234
     randall.luskey@usdoj.gov

8

   Attorneys for the United States of America

9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )   CR 12-00693 RS
                                       )
14        Plaintiff,                   )   STIPULATION AND [PROPOSED] ORDER
                                       )   EXCLUDING TIME UNDER THE SPEEDY
15     v.                              )   TRIAL ACT FROM JANUARY 15, 2013
                                       )   THROUGH FEBRUARY 26, 2013 AND
16  GEBRAEL ADMASU,                    )   FROM MARCH 26, 2013 THROUGH MAY
                                       )   21, 2013.
17                                     )
        Defendant.                     )
18                                     )
                                       )
19

20       On January 15, 2013, the parties in this case appeared before the Honorable Richard

21  Seeborg for a status conference.  At that time, defense counsel stated that she would need some

22  additional time to review conduct additional investigation in order to determine whether to file a

23  motion to suppress.   The parties jointly requested an extension of time until February 26, 2013

24  and stipulated that time should be excluded from January 15, 2013 to February 26, 2013 for

25  effective preparation of defense counsel and continuity of counsel.  The parties represented that

26  granting the continuance was for the reasonable time necessary for effective preparation of

27  defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. §

28  3161(h)(7)(A) and (B)(iv).

   STIP. & [PROP.] ORDER EXCL. TIME
   CR 12-00693 RS                              1

1   The parties also agreed that the ends of justice served by granting such a continuance

2   outweighed the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. §

3   3161(h)(7)(A).

4       On March 26, 2013, the parties again appeared before the Court for a status conference.

5   At that time, the parties represented that the defendant had obtained new counsel and that the

6   defense was conducting further investigation into the defendant's prior conviction records in

7   order to inform the parties' ongoing plea negotiations.  The parties also represented that defense

8   counsel would be away from the office for a large portion of April.  The parties jointly requested

9   an extension of time until May 21, 2014 for entry of plea and stipulated that time should be

10  excluded from March 26, 2013 to May 21, 2013 for effective preparation of defense counsel and

11  continuity of counsel. The parties represented that granting the continuance was for the

12  reasonable time necessary for effective preparation of defense counsel, taking into account the

13  exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

14      The parties also agreed that the ends of justice served by granting such a continuance

15  outweighed the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. §

16  3161(h)(7)(A).

17

18  IT IS SO STIPULATED:
                                        MELINDA HAAG
19                                      United States Attorney

20  DATED: March 26, 2013              _____/s/_____
                                        RANDY LUSKEY
21                                      Assistant United States Attorney

22

23  DATED: March 26, 2013              _____/s/_____
                                        ROGER PATTON
24                                      Attorney for Gebrael Admasu

25

26

27
        IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from January
28

STIP. & [PROP.] ORDER EXCL. TIME
CR 12-00693 RS                                2

1    15, 2013 to February 26, 2013 and from March 26, 2013 to May 21, 2013, under 18 U.S.C. §

2    3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

3

4

5    IT IS SO ORDERED.

6

7    DATED:_ 3/27/13 _____        _____

8                                   THE HON. RICHARD SEEBORG
                                    United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & [PROP.] ORDER EXCL. TIME
CR 12-00693 RS                                3