1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SUSAN E. BADGER (CABN 124365)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7199
7      FAX: (415) 436-7234
       Susan.Badger@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,              ) No.: CR 12 0693 RS
                                           )
14          Plaintiff,                     )
                                           ) STIPULATED MOTION AND [PROPOSED]
15      v.                                 ) ORDER TO CONTINUE STATUS HEARING
                                           )
16  GEBRAEL ROBEL ADMASU,                  )
                                           )
17          Defendant.                     )
                                           )
18

19      The parties last appeared before this Court on November 22, 2016 for initial appearance on the

20  Petition for Summons for Offender Under Supervision filed October 7, 2017. Doc. 43. The defendant,

21  Gebrael Robel Admasu, was represented by counsel Roger Patton. The United States was represented

22  by Assistant United States Attorney Susan Badger. United States Probation Officer John Woods is the

23  supervising Probation Officer in this matter. At the November 22, 2016 appearance, the parties agreed

24  that the defendant would be released by the U.S. Marshal so that he could report for a 90-day period of

25  residential drug treatment at HealthRight 360. The matter was then continued to February 28, 2017 at

26  2:30 p.m. for status before this Court.

27      On February 23, 2017, the Probation Office submitted, and the Court filed, a document entitled

28  Second Amended Petition for Arrest Warrant for Offender Under Supervision. Doc. 55. The Second

MOT. TO CONTINUE & [PROP.] ORDER
CR 12 0693 RS

Amended Petition added two new allegations of violations of the terms and conditions of supervised release. One of those allegations is that the defendant was unsuccessfully discharged from the HealthRight 360 program on January 24, 2017.

The parties are arranging to appear before United States Magistrate Judge Maria-Elena James on March 1, 2017 for arraignment on the Second Amended Petition. The parties will arrange to obtain discovery from the Probation Office and will discuss possible resolution of this matter. The parties believe they will be in a position to resolve the matter or set it for hearing once they have adequate time to review discovery and discuss the matter with the Probation Officer.

In light of the above, the parties stipulate and agree to request that the Court continue the status hearing on the supervised release violation matter from February 28, 2017 at 2:30 p.m. to March 28, 2017 at 2:30 p.m. USPO John Woods has advised that he is available on March 28, 2017 at 2:30 p.m.

IT IS SO STIPULATED.

DATED: February 24, 2017                    Respectfully submitted,

                                            BRIAN J. STRETCH
                                            United States Attorney

                                            ___/s/_____
                                            SUSAN E. BADGER
                                            Assistant United States Attorney

DATED: February 24, 2017

                                            ___/s/_____
                                            ROGER PATTON
                                            Counsel for Gebrael Robel Admasu

### [PROPOSED] ORDER

Upon the motion of the parties, and for good cause appearing, IT IS HEREBY ORDERED THAT the status hearing in the above-captioned case scheduled for February 28, 2017 at 2:30 p.m. is continued to March 28, 2017 at 2:30 p.m.

IT IS SO ORDERED.

   Date: 2/24/17

                                            RICHARD SEEBORG
                                            United States District Judge

MOT. TO CONTINUE & [PROP.] ORDER
CR 12 0693 RS